476 A.2d 67

Sorace, et ux., Appellants, v. Univ. of Pgh.

Argued October 25, 1983. Lawrence G. Zurawsky, for appellants; David M. Neuhart, for appellees.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment affirmed.

476 A.2d 67

Thelk v. Thelk, Appellant.

Argued March 1, 1984. Howard V. Heck, for appellant; John L. Bailey, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Affirmed in part and reversed in part as to sales costs. Remanded for modification in accordance with this opinion. Jurisdiction relinquished.